```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| BRYAN E. FISCHER, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 10-6792 (JBS/AMD) |
| v. | |
| G4S SECURE SOLUTIONS USA, INC., | **ORDER** |
| Defendant. | |

This matter having come before the Court upon Plaintiff's motion to file an amended complaint [Docket Item 15]; for the reasons stated in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this  **15th**  day of **May, 2012** hereby

ORDERED that the Clerk shall **REOPEN** this case upon the docket; and it is further

ORDERED that Plaintiff's motion for leave to file an amended complaint is **DENIED** without prejudice to Plaintiff's filing a revised motion for leave to file an amended complaint within 21 days of the entry of this Order; and it is further

ORDERED that the Clerk shall again **CLOSE** this case upon the docket.

 **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge